**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MALIBU MEDIA, LLC, | * |
|     Plaintiff, | * |
| v. | *   CASE NO. 1:13-cv-03438-ELH |
| JOHN DOE subscriber assigned IP address 98.218.21.63, | * |
| | * |
|     Defendant. | * |
| | * |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Anne T. McKenna and Silverman, Thompson, Slutkin & White, LLC as counsel for Defendant John Doe subscriber assigned IP address 98.218.21.63 in the above-captioned case.

I certify that I am admitted to practice in this court.

                                                             Respectfully submitted,

Dated: January 2, 2014                             /s/
                                                    Anne T. McKenna, Fed. Bar No. 23270
                                                    Silverman, Thompson, Slutkin & White
                                                    201 N. Charles Street, Suite 2600
                                                    Baltimore, Maryland 21201
                                                    Tel:   (410) 385-2225
                                                    Fax:   (410) 547-2432
                                                    amckenna@silvermckenna.com

                                                    *Counsel for Defendant, John Doe subscriber*
                                                    *assigned IP address 98.218.21.63*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of January, 2014, a copy of the foregoing Entry of Appearance was filed electronically with the clerk of the United States District Court for the District of Maryland, and mailed, postage prepaid, as well as served electronically, via the Court's ECF System, to the following:

>Jon A. Hoppe, Esq.
>Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
>1401 Mercantile Lane # 105
>Largo, Maryland 20774

>/s/
>Anne T. McKenna