

# COMCAST

NE&TO
650 Centerton Road
Moorestown, NJ  08057
866-947-8572 Tel
866-947-5587 Fax

December 2, 2013

*Personal and Confidential*

*Via UPS & USPS Delivery*

**REDACTED**

Re:   *Malibu Media, LLC v. John Doe*
      United States District Court for the District of Maryland
      Docket No.:  1:13-cv-03438
      Order Entered:  November 19, 2013
      Comcast File #:  517738

Dear                   c:

Malibu Media, LLC has filed a federal lawsuit in the United States District Court for the District of Maryland. You have been identified in our records via your assigned Internet Protocol ("IP") address, which is unique to each internet user, in this lawsuit for allegedly infringing Malibu Media, LLC's copyrights on the Internet by uploading or downloading content without permission.  This was allegedly done using a device assigned the IP address 98.218.21.63 on 10/7/2013 0:24 GMT. The court has ordered Comcast to supply your name, address and other information to Malibu Media, LLC in the attached Order and accompanying Subpoena. The case has been assigned Docket Number 1:13-cv-03438 by the court. If you have any questions about the lawsuit, you should consult an attorney immediately. **Comcast cannot and will not provide any legal advice.**

Comcast will provide your name, address, and other information as directed in the Order and Subpoena unless you or your attorney file a protective motion to quash or vacate the Subpoena in the court where the subpoena was issued **no later than January 2, 2014.** If you make this filing, you must notify Comcast in writing with a copy and proof of filing by sending it via fax to (866) 947-5587 **no later than January 2, 2014**. Please note that Comcast cannot accept or file any legal action on your behalf. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name, address and other information as directed in the Order to the Plaintiff.

If you have legal questions about this matter, please contact an attorney.

Sincerely yours,

Comcast Legal Response Center

Attachments:    Copy of Subpoena, Court Order and accompanying Complaint regarding civil action