**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MALIBU MEDIA, LLC, | * |
| Plaintiff, | * |
| v. | *   CASE NO. 1:13-cv-03438-ELH |
| JOHN DOE subscriber assigned IP address 98.218.21.63, | * |
| | * |
| Defendant. | * |
| | * |

_____

## REDACTED AFFIDAVIT OF JOHN DOE

I, John Doe subscriber assigned IP address 98.218.21.63, being duly sworn state as follows. I am over the age of eighteen (18), and all matters set forth herein are within my personal knowledge and are true and correct.

1. I am married, and I reside with my wife of almost 30 years in the State of Maryland. My wife and I have two children, and we are grandparents.

2. I work full time in a factory doing shift work and am close to retirement. Although both my wife and I work, we have extremely limited financial resources.

3. I am an active member of a church within my local community. Along with other members of my church, I regularly volunteer in a local homeless shelter. I am also a caregiver for a terminally ill, disabled individual who I take to therapy at least twice a week in the mornings before I go to work for my afternoon/evening factory shift.

4. Sometime in December 2013, I received a letter from my internet service provider, Comcast, informing me that I was the subscriber assigned IP address 98.218.21.63.

1

5. Attached thereto was a third-party subpoena directed to Comcast, the Complaint in this matter, and the November 19, 2013 Order of Judge Ellen Hollander authorizing the third-party subpoena.

6. I have read the Complaint in this action, and I have retained counsel.

7. I deny the allegations regarding copyright infringement and other unsubstantiated, defamatory factual allegations made in the Complaint about copyright infringement of pornographic materials made by Malibu Media against me as the subscriber to the IP address in question.

8. My wife and I live in a large townhouse complex with multiple units. Our townhouse unit is a middle unit, sandwiched between two other townhouses. We do have Internet service in our townhouse; Comcast is our ISP; Comcast supplied our wireless router; and upon information and belief, our wireless router is unsecured. (Ex. B.)

9. I have never downloaded the file-sharing protocol BitTorrent.

10. To the best of my knowledge, information, and belief, I have never transmitted even a portion of the plaintiff's copyrighted videos *via* BitTorrent or other peer-to-peer file sharing system.

11. I am gravely concerned with having my name associated with this lawsuit. It will ruin my reputation in my community and cause extreme emotional pain and suffering to my family and loved ones.

12. I do not have a lot of money and defending against these unsubstantiated charges has already and will continue to cause financial strain.

I have personal knowledge of the facts to which I attest, and I have read this Affidavit and it is true and correct.

                                                                                         _____
                                                                                         John Doe
                                                                                         Subscriber assigned IP address 98.218.21.63

Sworn to and subscribed before me this _____ day of January, 2014.

                                                                                         _____
                                                                                         Notary Public

                                                                                        My commission expires: _____

DRAFT