UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MALIBU MEDIA, LLC, | * |
|    Plaintiff, | * |
| v. | *   CASE NO. 1:13-cv-03438-ELH |
| JOHN DOE subscriber assigned IP address 98.218.21.63, | * |
| | * |
|    Defendant. | * |

### AFFIDAVIT OF STEVEN S. STERN

I, Steven S. Stern, being duly sworn state as follows. I am over the age of eighteen (18) years, and all of the matters set forth herein are within my personal knowledge and are true and correct.

1. I am a managing member of Safe Harbor Discovery, LLC ("SHD") located at 100 Painters Mill Road, STE 410, Owings Mills, Maryland 21117. I provide consulting services on behalf of SHD clients as well as coordinate and perform the data mapping, collection, and review of electronic data for client projects.

2. SHD is a Maryland based forensic consulting and services firm with strategic and alliance partners in California, DC, and Maryland. SHD is retained by law firms and corporate clients at various stages of litigation to assist with the identification, collection, analysis, and production of electronic data. SHD may seek or require assistance from other professional and support staff that we any may employ or otherwise engage as appropriate and necessary to perform the Services. This may include sub-specialties, including clean room reconstruction,

1

media conversion and reconstruction, field acquisitions and other professional, technical and investigatory services/personnel.

3. On December 30, 2013, I was engaged to perform investigative services on behalf of a John Doe defendant in the above-captioned case. The scope of work is to determine the existence and origin of certain digital files that are subject to this litigation. Due to a) the holiday schedule, b) the number of hours required to create a forensically sound image, c) the scope of work set forth by counsel; and, d) the complexity of the claim, Safe Harbor Discovery has informed counsel to the Defendant that SHD will require at least 30 calendar days to satisfactorily perform this work.

4. I further testify that due to the nature of this case and the severity of the potential claim, a proper forensic examination could not be performed in a shorter time period. Due to the size of the drive in question and the amount of analysis likely, a report could be issued in no less than 30 days and no more than 60 days.

**I have personal knowledge of the facts to which I attest, and I have read this Affidavit and it is true and correct.**

_____
STEVEN S. STERN

Sworn to and subscribed before me this the 2nd day of January, 2014.

_____
Notary Public

My commission expires: 6/4/17

Mary Stump-Jansen
Notary Public
Baltimore County, MD
My Commission Expires 6/4/2017

2