UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | CASE NO. 1:13-cv-03438-ELH |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 98.218.21.63,** | * | |
| | * | |
| **Defendant.** | * | |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME
WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT
WITH A SUMMONS AND COMPLAINT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve John Doe Defendant with a Summons and Complaint, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their internet service provider ("ISP").

2. On November 19, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Corporation, to obtain the Defendant's identifying information [CM/ECF 6]. Plaintiff issued the subpoena on or about November 19, 2013, and expected to receive the ISP's response by January 7, 2014.

3. Initially, the ISP did not comply with the subpoena because the Defendant filed a Motion to Quash the Subpoena [CM/ECF 10]. The motion has since been denied.

4. Plaintiff forwarded your Honor's Order [CM/ECF 17] to the ISP promptly after it was entered. However, the ISP has not yet responded to Plaintiff's subpoena and is still in the

process of complying. Because of this, Plaintiff has not yet received the identity of the John Doe defendant.

5. Pursuant to this Court's Order dated March 18, 2014, Plaintiff had until yesterday, Sunday, May 11, 2014, to effectuate service of the summons and Complaint upon Defendant. As Plaintiff does not yet know Defendant's true identity, it is been unable to complete service on them by the current deadline.

6. Procedurally, Plaintiff respectfully requests that the time within which it must effectuate service of a summons and Complaint on Defendant be extended by an additional thirty (30) days, or until June 10, 2014.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the John Doe Defendant be extended until June 10, 2014. A proposed order is attached for the Court's convenience.

Dated: May 12, 2014

Respectfully submitted,

MALIBU MEDIA, LLC.
PLAINTIFF

By: /s/*Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
Counsel
Maddox, Hoppe, Hoofnagle &
  Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/<i>Jon A. Hoppe</i>