FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAY 13 A 10: 03

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | * | |
| Plaintiff, | * | CASE NO. 1:13-cv-03438-ELH |
| v. | * | |
| JOHN DOE subscriber assigned IP address 98.218.21.63, | * | |
| | * | |
| Defendant. | * | |

### ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT WITH A SUMMONS AND COMPLAINT

**THIS CAUSE** having come before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have until June 10, 2014 to effectuate service on the Defendant.

DONE AND ORDERED this 13th day of May, 2014.

By _____
**UNITED STATES DISTRICT JUDGE**

1