FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2014 JUL -3 P 12: 29

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 1:13-cv-03438-ELH |
| JOHN DOE subscriber assigned IP address 98.218.21.63, | * | |
| | * | |
| Defendant. | * | |

# ORDER

UPON CONSIDERATION OF the Defendant's Motion to Stay Case and Outstanding ISP Subpoena Pending Resolution of Similarly Situated Litigation (the "Motion") submitted by Defendant John Doe subscriber assigned IP address 98.218.21.63, and no response in opposition thereto, it is this 2nd day of July, 2014, hereby,

**ORDERED** that John Doe's Motion is hereby **GRANTED**; and it is further

**ORDERED** that this case and the Subpoena issued by Plaintiff, Malibu Media, LLC, to John Doe's Internet Service Provider is hereby stayed pending resolution of the below-listed motions in the Similarly Situated Litigation, Case No. 1:14-cv-00223-MJG, pending in this Court:

- ISP Subscriber's Motion to: (1) Intervene Anonymously; (2) Consolidate Malibu Media Cases; and (3) Temporarily Stay Outstanding Subpoenas (the "Procedural Motion");

- ISP Subscriber's Motion for an Order to Show Cause as to Why All Evidence and Data from Tobias Fieser and His Company IPP Should Not Be Precluded and These [Malibu Media copyright] Cases Dismissed; and

- Plaintiff's Motion to Strike or Disregard the Declaration of Morgan E. Pietz re: IPP, Guardaley, and the "Oral Contingency Agreement" Malibu Media, LLC Had With Its Key Witness.

**SO ORDERED.**

*/s/ Ellen R. Hollander*

The Honorable Ellen Lipton Hollander
United States District Judge

cc:  Jon A. Hoppe, Esq.
    Anne T. McKenna, Esq.